## SECOND DEPARTMENT, DECEMBER, 1974

### (December 5, 1974)*

■ In the Matter of JOSEPH A. VITALE, Petitioner, v RAYMOND L. WILKES, as Judge of the County Court, Nassau County, et al., Respondents. —This application is being treated by this court as an application pursuant to article 78 of the CPLR to compel respondent to vacate an illegal sentence imposed upon him on November 14, 1972 and to resentence him upon his conviction of robbery in the second degree, on a guilty plea. Application granted; respondent is directed to resentence petitioner *(People v Schatz,* 45 AD2d 853). Cohalan, Acting P. J., Christ, Brennan and Munder, JJ., concur.

## SECOND DEPARTMENT, APRIL, 1975

### (April 4, 1975)**

■ In the Matter of HAROLD O'NEILL, Petitioner, v JAMES R. CARUSO, as Judge of the County Court, Westchester County, et al., Respondents.— Proceeding pursuant to CPLR article 78 (1) to prohibit respondents from trying petitioner upon the second count of Indictment No. 72-00204 and (2) to dismiss said count on the ground that retrial of petitioner upon said count would violate his constitutional protection against double jeopardy and that CPL 310.60 (subd 2) requiring such retrial is unconstitutional. Application denied and proceeding dismissed, without costs. Temporary stay contained in order to show cause signed by Hon. Arthur D. Brennan is vacated. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.